# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DALE P. FIELD, JR.,**

    **Petitioner,**

v.

**OHIO ADULT PAROLE AUTHORITY,**

    **Respondent.**

Case No. 2:17-cv-00751
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth A. Preston Deavers

## OPINION AND ORDER

On May 16, 2018, the Magistrate Judge issued a *Report and Recommendation* recommending that Respondent's *Motion to Transfer* (ECF No. 23) be denied, and that Respondent be directed to submit a Response to the *Petition* within twenty-one days. (ECF No. 25.) Although the parties were advised of the right to file objections to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. On May 16, 2018, Respondent filed a *Response* to the *Petition*. (ECF No. 28.)

The *Report and Recommendation* (ECF No. 25) is **ADOPTED** and **AFFIRMED**. The *Motion to Transfer* (ECF No. 23) is **DENIED**.

**IT IS SO ORDERED.**

                        5-21-2018
                            **EDMUND A. SARGUS, JR.**
                            **Chief United States District Judge**